1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar #202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs PATRICK CONNALLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br>RANCHO GRANDE RESTAURANT; JOSE and SONIA GARCIA husband and wife; PAULO BARAJAS and LILIA BARAJAS, individuals doing business as RANCHO GRANDE 3<br><br>Defendant. | **CASE NO. C07-0659-JCS**<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS JOSE AND SONIA GARCIA TO RESPOND TO COMPLAINT** |

Plaintiffs Patrick Connally and Disability Rights Enforcement, Education Services, through their undersigned counsel, and defendants Jose and Sonia Garcia, through their undersigned counsel, stipulate as follows:

1.  Defendants Jose and Sonia Garcia are granted an extension of time to and including May 7, 2007, to answer or otherwise respond to plaintiffs' complaint.

2.  In the event defendants Jose and Sonia Garcia file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

3. Defendants' counsel further stipulates that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: April 10, 2007      THOMAS E. FRANKOVICH,
                           *A PROFESSIONAL LAW CORPORATION*


                           By: ___/s/_____
                               Jennifer L. Steneberg
                           Attorneys for Plaintiffs PATRICK CONNALLY
                           and DISABILITY RIGHTS ENFORCEMENT,
                           EDUCATION SERVICES

DATED: April 10, 2007      GRAVETT & FRATER, LLP


                           By: ___/s/_____
                               Elisabeth Frater
                           Attorneys for Defendants JOSE and SONIA
                           GARCIA

Dated: April 16, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME FOR DEFENDANTS JOSE AND SONIA GARCIA TO RESPOND TO COMPLAINT    2